FILED

18 AUG -7 PM 12: 31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ VRC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18CR3484 JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation |
| BRENDA MARTINEZ, | |
| Defendant. | |

The grand jury charges:

Counts 1-4

On or about June 29, 2018, within the Southern District of California, defendant BRENDA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Counts | Name |
|---|---|
| 1 | Felix Salazar-Merino |
| 2 | Cecilia de la Cruz-Feliciano |
| 3 | Luisa Telles-Garcia |
| 4 | L.T.M., a juvenile |

APW:cms(nlv):San Diego:8/6/18

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Counts 5-8

On or about June 29, 2018, within the Southern District of California, defendant BRENDA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry:

| Counts | Name |
| --- | --- |
| 5 | Felix Salazar-Merino |
| 6 | Cecilia de la Cruz-Feliciano |
| 7 | Luisa Telles-Garcia |
| 8 | L.T.M., a juvenile |

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: August 7, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ALICIA P. WILLIAMS
Assistant U.S. Attorney

2