Erik R. Bruner (SBN 272804)
LAW OFFICE OF ERIK R. BRUNER
110 West "A" Street, Suite 1100
San Diego, CA 92101
Tel.: (619) 804-1052
Fax: (619) 557-0123

Attorney for Material Witnesses
FELIX ANTONIO SALAZAR-MERINO
CECILIA DE LA CRUZ-FELICIANO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDA MARTINEZ,<br><br>Defendant. | Case No.: 3:18-cr-03484-JLS<br><br>**ORDER TO RELEASE MATERIAL WITNESSES: PORFIRIO ALEJANDRO DE LEON-MORALES AND WILBER ALEJANDRO ARREOLA-BARAJAS** |

## ORDER

1. Material Witnesses **FELIX ANTONIO SALAZAR-MERINO AND CECILIA DE LA CRUZ-FELICIANO** videotaped deposition was ordered on July 26, 2018 in case number 3:18-cr-03484-JLS by the Honorable Mitchell D. Dembin and concluded on August 17, 2018 on or about 3:00p.m.

Case:   US v. Martinez            - 1                    Case No. 18CR3484JLS
ORDER to Release Material Witnesses

2.  Pursuant to the Joint Stipulation to Release Material Witnesses signed by the Government and counsel for BRENDA MARTINEZ on August 17, 2018, the Material Witnesses, **FELIX ANTONIO SALAZAR-MERINO AND CECILIA DE LA CRUZ-FELICIANO** are to be released forthwith.

IT IS SO ORDERED.

DATE: August 17, 2018

Honorable Karen S. Crawford,
UNITED STATES DISTRICT JUDGE