UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><div align="right">Plaintiff,</div><br>v.<br><br>BRENDA MARTINEZ,<br><div align="right">Defendant.</div> | Case No.:  18CR3484-JLS<br><br>**ORDER VACATING JURY TRIAL AND SETTING STATUS HEARING** |

The Court has been informed by counsel for Defendant that he is unable to proceed with the Jury Trial currently scheduled to begin tomorrow, December 4, 2018.  Good cause appearing, and there being no opposition from the Government given the circumstances, IT IS HEREBY ORDERED that the Jury Trial in this matter is VACATED.  A Status Hearing to set a new trial date will take place on **Friday, December 7, 2018** at **1:30 p.m.**

IT IS SO ORDERED.

Dated:  December 3, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge